# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 67530

**FILED**

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus as amended, asks this court to compel respondent to (1) reverse its order vacating all pending motions and to grant those motions and (2) transfer venue to the First Judicial District Court. Although petitioner argues that respondent has failed to transfer venue to the First Judicial District Court as set forth in respondent's September 24, 2014, order, appellant appealed from that order and then filed this writ petition while that appeal was still pending. Thus, when petitioner submitted this writ petition on March 9, 2015, respondent lacked jurisdiction to transfer venue because petitioner's appeal from the venue transfer order had not yet been resolved. *Foster v. Dingwall*, 126 Nev. 49, 52, 228 P.3d 453, 454-55 (2010). Subsequently, however, the venue transfer order was affirmed, *see Helfrich v. Marshall*, Docket No. 66711 (Order of Affirmance, March 12, 2015), and remittitur issued on April 22, 2015, at which time jurisdiction was returned to

16-08678

respondent for it to transfer venue to the First Judicial District Court. This writ petition is therefore moot. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Peter Jason Helfrich
        Attorney General/Carson City
        Eighth District Court Clerk